# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0051
Lower Tribunal No. 2015-CF-005747

_____

BENITO ORTA-OCHOA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Benito Orta-Ochoa, Century, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED